UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VANCE R. SCOTT SR. | CIVIL ACTION |
| VERSUS | NO. 22-508 |
| PAUL SCHNIEDER, ET AL. | SECTION M (2) |

## ORDER

After considering the complaint, the record, the applicable law, and the magistrate judge's Report and Recommendation ("R&R") (R. Doc. 12), and upon finding that as of this date plaintiff has filed no objections to the R&R, the Court hereby approves the R&R and adopts it as its opinion. Accordingly,

IT IS ORDERED that plaintiff Vance R. Scott Sr.'s complaint against 24th Judicial District Court Commissioner Paul Schnieder, Jefferson Parish District Attorney Paul Connick Jr., Assistant District Attorney Ralph Alexis IV, public defender K. Martinez, 24th Judicial District Court Judge June Darensburg, 29th Judicial District Judge Lauren Lemmon, Deputy Moody, Lt. Berrian and Sheriff Joseph Lopinto III, St. Charles Parish Director of Legal Services Corey Oubre, public defender Jaunita Marino, St. Charles Parish Assistant Director of Legal Services Robert Raymond, Joseph L. Perez, and the Hahnville Department of Planning and Zoning be DISMISSED WITH PREJUDICE as legally frivolous under 28 U.S.C. § 1915(e)(2), 28 U.S.C. § 1915A, and 42 U.S.C. § 1997e(c)(1).

New Orleans, Louisiana, this 25th day of July, 2022.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE